**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

FRANK JONES,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

**07 CRIM 632**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             June 29, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

                By: _____
                     Steve C. Lee
                     Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By: _____
                     Lawrence Schoenbach Esq.
                     Attorney for Frank Jones

*[Stamp: JUDGE BATTS]*

*[Stamp:]*
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 09 2007

7/9/07 WHEEL A

TOTAL P.02