UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| FRANK JONES, | :       07 Cr. ___ (DAB) |
|           Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B), and 846; and Title 18, United States Code, Sections 922(a) and 922(g), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       July 12, 2007

07 CRIM 632

JUDGE BATTS

0202