

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 30, 2007

BY HAND:

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2510
New York, New York 10007

    Re: United States v. Frank Jones
        07 Cr. 632 (DAB)

Dear Judge Batts:

    The Government requests an exclusion of time from today until the next conference date, February 11, 2008 at 10:30 a.m. Due to continuing plea discussions, an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(A). Defense counsel consents to this request.

] granted
] DAB

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

      By: _____
                Steve C. Lee
                Assistant U.S. Attorney
                (212) 637-2413

cc: Lawrence Schoenbach, Esq. (by fax)

                    SO ORDERED

                  _____
                  DEBORAH A. BATTS
                UNITED STATES DISTRICT JUDGE

                  July 31, 2007