ORIGINAL

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED July 26, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

**BY HAND DELIVERY**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2510
New York, New York 10007

          Re:   United States v. Frank Jones
                07 Cr. 632 (DAB)

Dear Judge Batts:

          Defense counsel and the Government jointly request that
defendant Frank Jones' bail conditions be modified to allow for
travel to and from the District of Connecticut.  Currently, as a
condition of his bail, the defendant's travel is restricted to
the Southern District of New York, the Eastern District of New
York, and the District of New Jersey.  Enclosed is a Proposed
Order for the Court's consideration.  The Pre-Trial Services
Officer assigned to the defendant, Pre-Trial Services Officer
Jeff Steimel, has consented to the request.

*granted*
*/DAB/*

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

                    By:  _____
                         Steve C. Lee
                         Assistant U.S. Attorney
                         (212) 637-2413

cc:  Lawrence Schoenbach, Esq. (by fax)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

July 27, 2007

MEMO ENDORSED   AUG - 1 2007   -12:58 PM

Returned to chambers for scanning on 8/3/07
Scanned by chambers on 8/7/07