

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 Feb 08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2008

**BY HAND:**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2510
New York, New York 10007

    Re:   United States v. Frank Jones
           07 Cr. 632 (DAB)

MEMO ENDORSED

Dear Judge Batts:

    At the last conference in the above-referenced case, a control date for a plea was set for February 11, 2008 at 10:30 a.m. The Government requests an adjournment of that date for approximately 6 months, to a date and time convenient for the Court. The Government additionally requests an exclusion of time from today until that date. Due to continuing plea discussions, an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(A). Defense counsel consents to this request.

GRANTED UNTIL AUG 25, 2008 at 10:30 AM /DAB/

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Steve C. Lee
Assistant U.S. Attorney
(212) 637-2413

cc: Lawrence Schoenbach, Esq. (by fax)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

8 Feb 08